IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MISHA N. GHADIRI.,

    Plaintiff,

WELLMAKR, INC. d/b/a/ Wellmark
Blue Cross Blue Shield,

    Involuntary Plaintiff,

v.

PREMIER MARINE, INC.
ABC INSURANCE COMPANY
a fictitious insurance company,
THE MAIN STORE, INC., and
WEST BEND MUTUAL INSURANCE COMPANY,

    Defendants.

ORDER

20-cv-1078-wmc

---

    Based upon the stipulation of the parties (dkt. #18), IT IS ORDERED that all claims asserted in this matter, including all claims for attorneys' fees against defendant Premier Marine, Inc., and its fictitious insurer, ABC Insurance Company, shall be, and are hereby, DISMISSED with prejudice and on the merits, without costs, disbursements and/or attorneys' fees to any party.

    Entered this 17th day of March, 2021.

                                  BY THE COURT:

                                  WILLIAM M. CONLEY
                                  District Judge