JAMES A. DRILL
ARDELL W. SKOW
LISA M. DRILL*
MATTHEW A. BIEGERT*
MICHAEL J. BROSE*
ANNIE E. BROSE*
KATIE J. BOSWORTH*
MACKENZIE E. CAMPBELL*
ALLYSON M. MOORE*
MICHAEL L. DIXON

*ALSO ADMITTED TO MINNESOTA BAR

**DOAR DRILL & SKOW**

ATTORNEYS AT LAW
103 NORTH KNOWLES AVENUE
PO BOX 388
NEW RICHMOND, WISCONSIN 54017-0388
715-246-2211
FAX 715-246-4405
www.doardrill.com

W.T. DOAR 1882-1952
THOMAS D. BELL 1946-1996
W.T. DOAR JR. 1920-2016

"Serving western Wisconsin since 1883."

E-FILED

June 9, 2022

District Judge William M. Conley
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

Re:  Ghadiri, Misha, et al. v. Premier Marine, Inc., et al.
     Case No. 20-cv-1078-wmc

Dear Judge Conley:

The parties have reached a settlement. The June 10th hearing and the June 13th trial can come off the calendar.

My understanding is that the court will immediately enter a dismissal without prejudice which can be converted to a dismissal with prejudice once the settlement documents are signed.

Wellmark, Inc., a subrogated party, was named as an involuntary plaintiff. Wellmark never appeared in the action and there are no disputed claims relating its interest in this action. If you have any concerns about whether their status precludes dismissal, I would be happy to address them.

Very truly yours,

DOAR, DRILL & SKOW, S.C.

Matthew A. Biegert
mbiegert@doardrill.com

MAB/cro
cc: Attorneys of record (by e-file)