UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MISHA N. GHADIRI, and
WELLMARK, INC.,

   Plaintiffs,

v.

THE MAIN STORE, INC., and
WEST BEND MUTUAL INSURANCE COMPANY

   Defendants.

Case No. 20-cv-1078

---

## STIPULATION FOR DISMISSAL

---

IT IS HEREBY STIPULATED TO AND AGREED UPON, by and between the Plaintiff, Misha N. Ghadiri, by her attorneys, Doar, Drill, & Skow, S. C., by Attorney Matthew A. Biegert; and Defendants West Bend Mutual Insurance Company, and The Main Store, by Attorney Adam M. Fitzpatrick; that this lawsuit may be dismissed with prejudice and without further costs to any party.

Dated this 5th day of July 2022.

        **DOAR, DRILL & SKOW, S.C.**

        *Electronically signed by: Matthew A. Biegert*
        Matthew A. Biegert
        State Bar No. 1000368
        Attorney for Plaintiff Misha N. Ghadiri

Dated this 14th day of June 2022.

                                         **CORNEILLE LAW GROUP, LLC**

                                         *Electronically signed by: Adam M. Fitzpatrick*
                                         Adam M. Fitzpatrick
                                         State Bar No. 1098412
                                         Trent P. Koerner
                                         State Bar No. 1093822
                                         Attorney for Defendants The Main Store, Inc. and
                                         West Bend Mutual Insurance Company